903 P.2d 1101

**Re in the Matter of the Appeal
in COCONINO CO. JUV.
NO. J-12187.**

**No. CV-95-0316-PR.**

Supreme Court of Arizona.

Sept. 26, 1995.

ORDERED: Petition for Review = DE-NIED.

CORCORAN, J., did not participate in the determination of this matter.

■

903 P.2d 1101

**STATE of Arizona, DEPARTMENT OF
ADMINISTRATIVE RISK MANAGE-
MENT DIVISION, Plaintiff-Appellee,**

**v.**

**UNIVERSITY PHYSICIANS, INC.,
Defendant-Appellant.**

**No. CV-95-0060-PR.**

Supreme Court of Arizona.

Sept. 29, 1995.

**ORDER**

It appearing to the Court that the grant of review in this case was improvident,

IT IS ORDERED that the order granting review is vacated.

IT IS FURTHER ORDERED that the petition for review is denied.

/s/ James Moeller
JAMES MOELLER
Vice Chief Justice